# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LIONEL WEST,

    *Plaintiff*,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    *Defendant*.

CIVIL ACTION
NO. 16-0334

## ORDER

**AND NOW**, this 10th day of April, 2018, upon consideration of the administrative record, (ECF No. 7), Magistrate Judge Strawbridge's Report and Recommendation, (ECF No. 13) and West's Objections, (ECF No. 14), it is hereby **ORDERED** that:

1. West's objections are **OVERRULED**;
2. Magistrate Judge Strawbridge's Report and Recommendation is **APPROVED** and **ADOPTED**;
3. West's Request for Review is **DENIED**;
4. Judgment is **ENTERED** in favor of the Commissioner; and
5. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.